UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TREVENIA BROWN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Cause No: 1:20-cv-01154-JPH-MJD ) |
| ROBERT WILKIE, SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) |
|     Defendant. | ) ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant, by and through counsel, respectfully requests that the Court grant summary judgment to Defendant and against Plaintiff, for the reasons set forth in the accompanying Memorandum of Law. Defendant submits and designates the following, in addition to the admissions in Plaintiff's filings already on this Court's docket [*e.g.,* Filing Nos. 12 & 37], as evidence in support of this motion:

| | |
|---|---|
| Filing No. 39-1: | Transcript of Deposition of Trevenia Brown, dated March 12, 2021 |
| Filing No. 39-2: | Telephonic Affidavit of Trevenia Brown, April 18, 2014 (Pl. Dep. Ex. 1) |
| Filing No. 39-3: | Decision of U.S. Equal Employment Opportunity Commission Administrative Judge, dated October 9, 2018 (DEF001159–77) |
| Filing No. 39-4: | Volume I of Transcript of Hearing before EEOC, July 20, 2015 |
| Filing No. 39-5: | Volume II of Transcript of Hearing before EEOC, July 21, 2015 |
| Filing No. 39-6: | VSC Management Organizational Chart (DEF000199) |
| Filing No. 39-7: | Employee Monthly Performance Review for Trevenia Brown, dated December 12, 2013 (Pl. Dep. Ex. 14) |
| Filing No. 39-8: | Performance Totals for Trevenia Brown for period 10-01-13 – 01-17-14 (Pl. Dep. Ex. 15) |

Filing No. 39-9:   Hardship Transfer Request, dated January 17, 2014 (Pl. Dep. Ex. 3)

Filing No. 39-10:  Guidance for Hardship Transfers (DEF000376–80)

Filing No. 39-11:  Email from Sonya Wilson to Ena Lima and others, dated January 17, 2014 (DEF000206–08)

Filing No. 39-12:  Email chain between Ena Lima, Sonya Wilson, Michael Stephens, Yvonne Hamilton, Adam Kinder, Debra Street, Jim Dean, and others, dated January 17–21, 2014 (DEF000212–13)

Filing No. 39-13:  Email from Ena Lima to Trevenia Brown, dated January 23, 2014 6:10 PM (Pl. Dep. Ex. 4)

Filing No. 39-14:  Request for Reassignment Under the Union Bargaining Agreement, dated February 6, 2014 (Pl. Dep. Ex. 5)

Filing No. 39-15:  Letter from Robert H. Huff, MD, FAAD (Pl. Dep. Ex. 6)

Filing No. 39-16:  Portion of Article 13 of Master Agreement between Department of Veterans Affairs and American Federation of Government Employees (DEF000359–61)

Filing No. 39-17:  Letter from Ena Lima to Trevenia Brown, dated February 10, 2014 (Pl. Dep. Ex. 7)

Filing No. 39-18:  Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories

Filing No. 39-19:  Request for Accommodation, dated February 24, 2014 (Pl. Dep. Ex. 8)

Filing No. 39-20:  Email from Jim Dean to Trevenia Brown, copying Rachel Gentry and Sonya Wilson, dated February 27, 2014 (Pl. Dep. Ex. 9)

Filing No. 39-21:  VA Form 0857e (Pl. Dep. Ex. 10)

Filing No. 39-22:  Email chain between Donald Young, Trevenia Brown, and others, dated March 24–25, 2014 (Pl. Dep. Ex. 11)

Filing No. 39-23:  VA Handbook 5975.1, Section 16 – "Reassignment as a Reasonable Accommodation for Employees"

Filing No. 39-24:  Denial of Accommodation Request, dated April 1, 2014 (Pl. Dep. Ex. 12)

Filing No. 39-25:   Email from Adam Kinder to VSC Team, dated January 8, 2014 (Pl. Dep. Ex. 16)

Filing No. 39-26:   Email from Jim Dean to Trevenia Brown, dated February 12, 2014 (Pl. Dep. Ex. 17)

Filing No. 39-27:   Warning of Unacceptable Performance to Trevenia Brown, dated March 17, 2014 (Pl. Dep. Ex. 18)

Filing No. 39-28:   Reprimand to Trevenia Brown, dated April 9, 2014 (Pl. Dep. Ex. 20)

Filing No. 39-29:   Letter of Concern to Trevenia Brown, dated July 17, 2014 (Pl. Dep. Ex. 21)

Filing No. 39-30:   Memorandum from Tamieka Graves to Trevenia Brown, dated July 18, 2014 (Pl. Dep. Ex. 22)

Filing No. 39-31:   Letter from Dr. Huff, dated August 1, 2014 (Pl. Dep. Ex. 13)

Filing No. 39-32:   Decision of U.S. Equal Employment Opportunity Commission, dated January 14, 2020

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:   */s/ J. Taylor Kirklin*
J. Taylor Kirklin
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I certify that on July 2, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent to:

    Denise M. Clark
    CLARK LAW GROUP, PLLC
    dmclark@benefitcounsel.com

                                              */s/ J. Taylor Kirklin*
                                              J. Taylor Kirklin

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN   46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
E-mail: taylor.kirklin@usdoj.gov