# DEPARTMENT OF VETERANS AFFAIRS MEMORANDUM

Date: July 18, 2014

From: Tamieka Graves, Coach CORE

Subj: <u>Career Ladder Promotion</u> – Trevenia Brown

To: Trevenia Brown

1. You are scheduled for a career ladder promotion determination to VSR GS-11 effective September 21, 2014. I have been discussing your performance with you on a weekly basis beginning the week of April 2, 2014, to discuss your performance deficiencies. A review of your ASPEN performance data indicates the following:

    - Actual output for May: 5.2; Goal: 6
    - Actual output for June: 5.93; Goal: 6
    - Actual output for July: 4.68; Goal: 6 (as of July 17, 2014)

2. Effective May 1, 2014, the output element for VSRS standards were as follows:

    - GS-7 4.5 cumulative points
    - GS-9 5.5 cumulative points
    - GS-10/11 6 cumulative points

3. Based upon your posted production, I am recommending that your career ladder promotion be delayed for 90 days. If you are meeting standards you will be eligible for certification testing. You are advised that your production output must meet the performance level of a GS-10. Also, you are advised that should your performance fail to meet the performance standards of a GS-10, you will be placed on a Performance Improvement Plan (PIP). You must meet the current standards at the GS-10 level in all measurable elements.

4. Should you have any questions or concerns regarding this counseling, please feel free to discuss them with me.

Prepared By: Tamieka Graves

I acknowledge receipt of this memorandum.

_____
Employee Signature

7-17-14
(Date)

**EXHIBIT 22**

1

DEF001533

| SECTION C - ACTUAL ACHIEVEMENT |||||
|---|---|---|---|---|

Indicate the single, overall level of achievement that best describes the employee's performance for each ELEMENT shown in Section A. Do not indicate achievement for each individual standard. Specific examples of performance must be provided in the space below for each element where a level of achievement other than Fully Successful has been assigned. **Assignment of the Exceptional level means that Fully Successful performance standards have been significantly surpassed. This level is reserved for employees whose performance in the element far exceeds normal expectations and results in major contributions to the accomplishment of organizational goals.**

| ELEMENTS<br>*(Use the same key word description for each element as in Section A)* | LEVELS OF ACHIEVEMENT |||
|---|---|---|---|
| | EXCEPTIONAL | FULLY SUCCESSFUL | UNACCEPTABLE |
| Quality of Work (critical) | ☐ | ☒ | ☐ |
| Timeliness (critical) mitigated | ☐ | ☐ | ☐ |
| Output (critical) | ☐ | ☐ | ☐ |
| Training (critical) | ☐ | ☒ | ☐ |
| Organizational Support (non-critical) | ☐ | ☒ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ |

Describe specific examples of performance for each element where a level of achievement other than Fully Successful has been assigned above. Specific achievements at the Fully Successful level may be described.

ELEMENTS/ACHIEVEMENT(S)

Output:   Your cumulative output from 05/01/2014-06/30/2014 is 5.59 which is below the 6 standard for a GS-10 VSR. As a result of your current output performance your career ladder promotion and with in grade increase will be delayed. Also, you are advised that should your performance fail to meet the performance standards of a GS-10, you will be placed on a Performance Improvement Plan (PIP).

Quality element was mitigated until June 30, 2014.

Timeliness element was mitigated.

Organizational support- Employee is meeting expectations for this element.

| NARRATIVE SUMMARY - OPTIONAL *(Provide any additional significant accomplishments, as well as other factors such as details or training experiences related to the overall performance plan. Capacity to assume a more responsible position may also be addressed.)* |
|---|
| |

## SECTION D - OVERALL RATING

**TYPE OF RATING**

☐ ANNUAL RATING OF RECORD ☐ SPECIAL RATING OF RECORD ☒ SUMMARY RATING (POSITION CHANGES - EMPLOYEE OR RATER)

**PERIOD COVERED BY THIS APPRAISAL**

FROM 05/01/2014 *(MM/DD/YYYY)* TO 07/18/2014 *(MM/DD/YYYY)*

**NOTE: Recommended Performance Rating** - Using achievement levels assigned in Section C and the criteria described below, check the appropriate rating.

**PERFORMANCE RATING**

☐ **OUTSTANDING** - Achievement levels for all elements are designated as Exceptional.

☐ **EXCELLENT** - Achievement levels for all critical elements are designated as Exceptional. Achievement levels for noncritical elements are designated as at least Fully Successful. Some, but not all, noncritical elements may be designated as Exceptional.

☐ **FULLY SUCCESSFUL** - The achievement level for at least one critical element is designated as Fully Successful. Achievement levels for other critical and noncritical elements are designated as at least Fully Successful or higher.

☐ **MINIMALLY SATISFACTORY** - Achievement levels for all critical elements are designated as at least Fully Successful. However, the achievement level(s) for one (or more) noncritical elements is (are) designated as unacceptable.

☒ **UNACCEPTABLE** - The achievement level(s) for one (or more) critical element(s) is (are) designated as unacceptable.

| SIGNATURE AND TITLE OF RATER | DATE *(MM/DD/YYYY)* |
|---|---|
| | |

## SECTION E - HIGHER LEVEL REVIEW/APPROVAL

Required only for Minimally Satisfactory and Unacceptable ratings of record; unless organization has chosen to have higher level approval required for Outstanding ratings of record.

☐ Concur with recommended rating.

☐ Do not concur with rating. Approve rating of _____

**BASIS FOR PERFORMANCE RATING CHANGE**

| SIGNATURE AND TITLE OF APPROVAL OFFICIAL | DATE *(MM/DD/YYYY)* |
|---|---|
| | |

| A copy of this performance appraisal was given to me. ▶ | SIGNATURE OF EMPLOYEE *[signed]* | DATE *(MM/DD/YYYY)* 7-18-14 |
|---|---|---|

VA FORM 0750, JUN 2011                      5

**DEF001535**