UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TREVENIA BROWN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Cause No: 1:20-cv-01154-JPH-MJD ) |
| ROBERT WILKIE, SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) |
|     Defendant. | ) ) |

## EXHIBIT LIST

Pursuant to the Case Management Order, Defendant respectfully submits this list of exhibits it presently believes it may use at the trial of this case, exclusive of exhibits it may use solely for purposes of rebuttal.

(1)  The pleadings in this matter, including any exhibits thereto

(2)  Plaintiff's personnel file and other personnel records

(3)  Plaintiff's medical records, including records of psychiatrist, psychological, or other mental health treatment

(4)  Written statements, affidavits, and communications from Plaintiff or her attorneys concerning her allegations against the Defendant

(5)  Defendant's employment policies, including policies prohibiting discrimination, harassment, and retaliation

(6)  Transcript of Deposition of Trevenia Brown and all exhibits thereto

(7)  Transcript of Deposition of Ena Lima and all exhibits thereto

(8)  Transcript of Deposition of Sonya Wilson (Robertson) and all exhibits thereto

(9)  All other transcripts of, all exhibits to, and all documents referred to in any other deposition taken in this action

(10)  All documents designed as evidence to Defendant's Motion for Summary Judgment, Plaintiff's opposition thereto, and/or Defendant's reply in support of such motion

(11)  The administrative filings in this matter

(12)  Testimony, exhibits, briefing, and other materials submitted in conjunction with the administrative investigation of this matter

(13)  Volumes I & II of the Transcript of Hearing before EEOC, July 20 & 21, 2015

(14)  Decision of the U.S. Equal Employment Opportunity Commission relating to Plaintiff's allegations

(15)  All documents marked as exhibits during the hearings before the U.S. Equal Employment Opportunity Commission relating to Plaintiff's allegations

(16)  All documents produced in discovery in connection with the proceedings before the U.S. Equal Employment Opportunity Commission relating to Plaintiff's allegations

(17)  Telephonic Affidavit of Trevenia Brown, April 18, 2014 (Pl. Dep. Ex. 1)

(18)  VSC Management Organizational Chart (DEF000199)

(19)  Employee Monthly Performance Review for Trevenia Brown, dated December 12, 2013 (Pl. Dep. Ex. 14)

(20)  Performance Totals for Trevenia Brown for period 10-01-13 – 01-17-14 (Pl. Dep. Ex. 15)

(21)  Hardship Transfer Request, dated January 17, 2014 (Pl. Dep. Ex. 3)

(22)  Guidance for Hardship Transfers (DEF000376–80)

(23)  Email from Sonya Wilson to Ena Lima and others, dated January 17, 2014 (DEF000206–08)

(24)  Email chain between Ena Lima, Sonya Wilson, Michael Stephens, Yvonne Hamilton, Adam Kinder, Debra Street, Jim Dean, and others, dated January 17–21, 2014 (DEF000212–13)

(25)  Email from Ena Lima to Trevenia Brown, dated January 23, 2014 6:10 PM (Pl. Dep. Ex. 4)

(26)  Request for Reassignment Under the Union Bargaining Agreement, dated February 6, 2014 (Pl. Dep. Ex. 5)

(27) Letter from Robert H. Huff, MD, FAAD (Pl. Dep. Ex. 6)

(28) Master Agreement between Department of Veterans Affairs and American Federation of Government Employees

(29) Letter from Ena Lima to Trevenia Brown, dated February 10, 2014 (Pl. Dep. Ex. 7)

(30) Request for Accommodation, dated February 24, 2014 (Pl. Dep. Ex. 8)

(31) Email from Jim Dean to Trevenia Brown, copying Rachel Gentry and Sonya Wilson, dated February 27, 2014 (Pl. Dep. Ex. 9)

(32) VA Form 0857e (Pl. Dep. Ex. 10)

(33) Email chain between Donald Young, Trevenia Brown, and others, dated March 24–25, 2014 (Pl. Dep. Ex. 11)

(34) VA Handbook 5975.1, Section 16 – "Reassignment as a Reasonable Accommodation for Employees"

(35) Denial of Accommodation Request, dated April 1, 2014 (Pl. Dep. Ex. 12)

(36) Email from Adam Kinder to VSC Team, dated January 8, 2014 (Pl. Dep. Ex. 16)

(37) Email from Jim Dean to Trevenia Brown, dated February 12, 2014 (Pl. Dep. Ex. 17)

(38) Warning of Unacceptable Performance to Trevenia Brown, dated March 17, 2014 (Pl. Dep. Ex. 18)

(39) Reprimand to Trevenia Brown, dated April 9, 2014 (Pl. Dep. Ex. 20)

(40) Letter of Concern to Trevenia Brown, dated July 17, 2014 (Pl. Dep. Ex. 21)

(41) Memorandum from Tamieka Graves to Trevenia Brown, dated July 18, 2014 (Pl. Dep. Ex. 22)

(42) Letter from Dr. Huff, dated August 1, 2014 (Pl. Dep. Ex. 13)

(43) All discovery responses that any party has served, or will serve in the future, in this action, including all exhibits to, and all documents referred to in such responses

(44) All documents that any party has produced for inspection or as copies or produces in the future in this action

(45) All documents that non-parties have produced, or produce in the future, under subpoena to any of the parties to this action

(46) All documents that Defendant has requested, or requests in the future, from Plaintiff, but that have not yet been produced, or have not been produced prior to trial

(47) Communications by, from, including, or referencing Plaintiff regarding the allegations in her complaint

(48) Communications between Plaintiff and other witnesses relating to the allegations in this action

(49) All documents that are necessary to establish Defendant's defenses

(50) To-be-created demonstrative exhibits

(51) Photographs

(52) All documents needed as foundation for expert testimony

(53) All documents that the parties use in the future as exhibits in support of, or in opposition to, any motion for summary judgment

(54) All documents that the parties use in the future in any hearing, oral argument, or Court conference in this action

(55) All other exhibits listed or used by Plaintiff

(56) All documents relied upon by any expert witness

(57) All documents produced in connection with expert discovery

(58) Any other reports or records by any expert witness, to the extent not listed above

(59) Any document, records, or tangible items relied upon by any expert witness in formulating any opinion about any issue in this case, to the extent not listed above

(60) All exhibits identified in Plaintiff's exhibits lists or initial disclosures, whether or not used by Plaintiff

(61) Any evidence, documents, or exhibits that may come to Defendant's attention subsequent to this Final Exhibit List and prior to trial, which evidence, documents, or exhibits will be promptly disclosed to Plaintiff

(62) Any demonstrative or illustrative exhibits for the purpose of demonstrating liability and injuries

  (63) Any documents relevant to Plaintiff's claimed damages

  (64) Any documents needed for impeachment or rebuttal purposes.

This Final Witness List supplements Defendant's Initial Disclosures, Preliminary Exhibit List, and responses to Plaintiff's discovery requests. If Defendant discovers additional exhibits that it intends to offer into evidence at the trial of this case, its counsel will furnish the identification of the additional exhibits to the Court and to opposing counsel.

             Respectfully submitted,

             JOHN E. CHILDRESS
             Acting United States Attorney

    By: /s/ *J. Taylor Kirklin*
       J. Taylor Kirklin
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, Defendant's Exhibit List was filed electronically. Notice of this filing was sent electronically to:

Denise Clark
dmclark@benefitcounsel.com

                                              /s/ *J. Taylor Kirklin*
                                              J. Taylor Kirklin

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
E-mail: taylor.kirklin@usdoj.gov