UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| TREVENIA BROWN ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | 1:20-cv-01154-JPH-MJD |
| ) | |
| ROBERT WILKIE, SECRETARY ) | |
| *Defendant* ) | |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to the Case Management Order, Plaintiff respectfully submits this list of exhibits she presently believes she will present at the trial of this case, exclusive of deposition transcripts she may use solely for purposes of impeachment or rebuttal.

**EXHIBITS**

1. Pleadings and attached exhibits

2. Deposition Exhibits

3. Written Witness Statements and Written Witness Declarations

4. July 20 and 21, 2015 Hearing Transcript of EEOC No. 470-2015-00017X

5. Performance Appraisal, December 3, 2012

6. Performance Appraisal, December 12, 2013

7. Certification of Health Care Provider for Employee's Serious Health Condition

8. Application to Become a Leave Recipient Under Voluntary Leave Transfer Program and Authorization

9. Denial of Hardship Transfer Request Email, Brown00005[1]

---

[1] Bates stamps are reflective of the discovery exchanged while Plaintiff's claims were before the EEOC.

10. VSR Certification Denial, Brown00008

11. February 7, 2014, Letter from Dr. Huff, Brown00027

12. February 2014 Job applications to St. Petersburg Regional Office, Brown00021-00026

13. Email Congratulations to Certification Test Passers with Hand Written Notes, Brown0007

14. Lima's notes from January 22, 2014 Hardship Transfer meeting, attached to email of February 28, 2014

15. Emails between Trevenia Brown and James Dean about Use of FMLA for Overtime, Brown00011-00012

16. Emails about Belief of Intentional Error on Paycheck, Brown00009-00010

17. Emails after Reprimand regarding FMLA lack of guidance and previous requests, Brown00014-00015

18. May 21, 2014, Voluntary Leave Transfer Memorandum

19. July 9, 2014, email from Julie Barrett to schedule interactive process meeting

20. Notice of FMLA Leave Exhaustion

21. August 1, 2014, Letter from Dr. Huff, Brown00028-00029

22. Trevenia Brown SF-52

23. Agency's Responses to Complainant's Requests for Admissions

24. June 5, 2012 Dermatology Inc. Office Note, Brown00066

25. September 27, 2012 Dermatology Inc. Office Note, Brown00065

26. June 4, 2013 Dermatology Inc. Office Note, Brown00064

27. April 29, 2014 Dermatology Inc. Visit Note, Brown00060-00063

28. May 22, 2014 Dermatology Inc. Visit Note, Brown00056-00059

29. June 5, 2014 Dermatology Inc. Visit Note, Brown00053-00055

30. June 24, 2014 Dermatology Inc. Visit Note, Brown00050-00052

31. July 10, 2014 Dermatology Inc. Visit Note, Brown00046-00049

32. Laboratory Results, Brown00067-00070

33. February 17, 2014 Behavioral Health Progress Notes, Brown00083-00084

34. April 21, 2014 Behavioral Health Progress Notes, Brown00085-00086

35. August 20, 2014 Behavioral Health OP-Discharge Record, Brown00035-00037

36. August 20, 2014 Behavioral Health OP-Discharge Record Final Report, Brown00087-00089

37. August 20, 2014, Dr. Patel Patient Instructions, Brown00039-00040

38. August 20, 2014 Behavioral Health Progress Notes, Brown00080-00082

39. Dermatology Inc. Invoices, Brown00042-00045

40. August 20, 2014 Behavioral Health Bill, Brown00038

41. Documents contained in Defendant's Report of Investigation, Agency Case No. 200J-0326-2014101376.

42. EEO Counselor's Report, ROI 00055-00060

43. VA Form 4939, ROI 00061

44. Notice of Acceptance of the EEO Complaint, ROI 00071-00073

45. Affidavit Transcript of Proceedings – Trevenia Brown, ROI 00124-00145

46. Affidavit Transcript of Proceedings – James Dean, ROI 00146-00157

47. Affidavit Transcript of Proceedings – Ena Lima, ROI 00160-00170

48. Affidavit Transcript of Proceedings – Sonya Wilson, ROI 00185-00198

49. Hardship Transfer Request, ROI 00205

50. Response to Request for Reassignment for Medical Reasons, ROI 00203-00204

51. January 21, 2014 Email from Ena Lima, ROI 00212-00213

52. Denial of Reasonable Accommodation Request, VA Form 0857g, ROI 00245-00246

53. March 25, 2014 Email from Trevenia Brown Asking What Additional Medical Information Is Needed, ROI 00247

54. Written Confirmation of Request for Accommodation, VA Form 0857A, ROI 00248

55. Request for Reassignment for Medical Reasons, ROI 00255

56. Warning of Unacceptable Performance with Trevenia Brown's Objection, ROI 00256

57. FMLA Notations, ROI 00274-00279

58. Trevenia Brown Evaluation for October 1, 2013 through April 5, 2014, ROI 00297-00298

59. VA Handbook 5975.1, ROI 00320-00358

This Final Exhibit List incorporates Plaintiff's Initial Disclosures and responses to Defendant's discovery requests. If Plaintiff discovers additional exhibits that she intends to offer into evidence at the trial of this case, her counsel will furnish the identification of the additional exhibits to the Court and to opposing counsel.

Dated: August 13, 2021                                    Respectfully submitted,

/s/ Denise M. Clark
Denise M. Clark, Esq. (11525-49)
Clark Law Group, PLLC
1100 Connecticut Ave., N.W.
Suite 920
Washington, D.C. 20036
(202) 293-0015
dmclark@benefitcounsel.com

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 13, 2021 a true and accurate copy of the foregoing was electronically mailed to the following:

J. Taylor Kirklin
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
E-mail: taylor.kirklin@usdoj.gov
*Counsel for Defendant*

/s/ Denise M. Clark
Denise M. Clark