**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TREVENIA BROWN, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Cause No: 1:20-cv-01154-JPH-MJD ) |
| DENIS McDONOUGH, SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) |
|     Defendant. | ) ) |

## PLAINTIFF'S EXPERT DESIGNATION

Pursuant to Fed. R. Civ. Proc.26(a)(2)(C) and the Scheduling Order entered in the above-captioned matter, Plaintiff discloses the expert witnesses who will not submit a separate report. Plaintiff expects these witnesses to testify about their treatment of the Plaintiff.

1. Name: Dr. Robert Huff; Position: Dermatologist; Business Address: Dermatology, Inc., 3755 E. 82nd Street, Suite 75, Indianapolis, IN, 46240; Discoverable Information: Dr. Huff is expected to know about Complainant's disability and need for accommodation.

2. Name: Dr. Sunil Patel;  Position: Psychiatrist; Business Address: Indiana University Health, Methodist Medical Plaza, Eagle Highlands, 6820 Parkdale Place, Suite 115, Indianapolis, IN 46254; Discoverable Information: Dr. Patel is expected to know about Complainant the mental aspects of her disability and the emotional distress of Respondent's failure to accommodate her disability.

3. Name: Saron Whitnie, ARNP (Primary Provider); Dermatology Specialists of West Florida, 5200 Seminole Blvd, Seminole, FL 33708; Discoverable Information: Extent Plaintiff's condition was exacerbated after she transferred from the VA's Indianapolis office.

Dated: April 10, 2021

Respectfully submitted,

/s/ Denise M. Clark
Denise M. Clark (11525-49)
1100 Connecticut Ave., N.W., Suite 920
Washington, D.C. 20036
Tel: (202) 293-0015
Fax: (202) 293-0115
dmclark@benefitcounsel.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that, on April 19, 2021, a true and correct copy of the foregoing was served via e-mail upon the following:

J. Taylor Kirklin, Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
E-mail: taylor.kirklin@usdoj.gov