## Kirklin, Taylor (USAINS)

**From:** Denise Clark <dmclark@benefitcounsel.com>
**Sent:** Monday, August 9, 2021 4:13 PM
**To:** Kirklin, Taylor (USAINS)
**Subject:** RE: Expert Disclosure

Yes, I will need a remote connection.
Thanks,

*Denise*

_____
**Denise M. Clark**
**CLARK LAW GROUP, PLLC**
1100 Connecticut Ave., NW, Suite 920
Washington, D.C. 20036
**Tel:** 202.293.0015 ext 101 **| Direct Dial:** 202.655.2239 **| Fax:** 202.293.0115
**Web:** www.clarklaw-group.com **|** www.benefitcounsel.com
**Email:** dmclark@benefitcounsel.com


**From:** Kirklin, Taylor (USAINS) <Taylor.Kirklin@usdoj.gov>
**Sent:** Monday, August 09, 2021 4:11 PM
**To:** Denise Clark <dmclark@benefitcounsel.com>
**Subject:** RE: Expert Disclosure

Hi Denise –

I hadn't considered that, but we can set up a remote connection if you need it.

Thanks,
Taylor


**From:** Denise Clark <dmclark@benefitcounsel.com>
**Sent:** Friday, August 6, 2021 4:58 PM
**To:** Kirklin, Taylor (USAINS) <TKirklin@usa.doj.gov>
**Subject:** RE: Expert Disclosure

Taylor,
Will these depositions be remote?


*Denise*

_____
**Denise M. Clark**
**CLARK LAW GROUP, PLLC**
1100 Connecticut Ave., NW, Suite 920
Washington, D.C. 20036

**Tel:** 202.293.0015 ext 101 **| Direct Dial:** 202.655.2239

---

**From:** Kirklin, Taylor (USAINS) <Taylor.Kirklin@usdoj.gov>
**Sent:** Thursday, July 08, 2021 8:08 AM
**To:** Denise Clark <dmclark@benefitcounsel.com>
**Subject:** RE: Expert Disclosure

Thanks. Here is a notice, along with the subpoenas that I intend to serve.


From: Denise Clark <dmclark@benefitcounsel.com>
Sent: Sunday, June 20, 2021 8:08 PM
To: Kirklin, Taylor (USAINS) <TKirklin@usa.doj.gov>
Subject: RE: Expert Disclosure

Taylor,
It will be more efficient for you to subpoena them.

Denise

From: Kirklin, Taylor (USAINS) <Taylor.Kirklin@usdoj.gov<mailto:Taylor.Kirklin@usdoj.gov>>
Sent: Sunday, June 20, 2021 7:40 PM
To: Denise Clark <dmclark@benefitcounsel.com<mailto:dmclark@benefitcounsel.com>>
Subject: Re: Expert Disclosure

Denise,

Will you provide dates that these providers can be available, or do you prefer that I subpoena them?

Thanks,
Taylor

J. Taylor Kirklin
Assistant United States Attorney
United States Attorney's Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Tel:  (317) 229-2457
Fax: (317) 226-6125
taylor.kirklin@usdoj.gov<mailto:taylor.kirklin@usdoj.gov>


On May 24, 2021, at 9:49 AM, Denise Clark <dmclark@benefitcounsel.com<mailto:dmclark@benefitcounsel.com>> wrote:
 Yes.
Denise M. Clark
Sent from my iPhone

On May 24, 2021, at 9:32 AM, Kirklin, Taylor (USAINS) <Taylor.Kirklin@usdoj.gov<mailto:Taylor.Kirklin@usdoj.gov>> wrote:

Thanks, late August or early September works for me. The week of August 30-September 3 is pretty clear for me at the moment, if that's convenient for you.

J. Taylor Kirklin
Assistant United States Attorney
United States Attorney's Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Tel:  (317) 229-2457
Fax: (317) 226-6125
taylor.kirklin@usdoj.gov<mailto:taylor.kirklin@usdoj.gov>



From: Denise Clark <dmclark@benefitcounsel.com<mailto:dmclark@benefitcounsel.com>>
Sent: Friday, May 21, 2021 2:26 PM
To: Kirklin, Taylor (USAINS) <TKirklin@usa.doj.gov<mailto:TKirklin@usa.doj.gov>>
Subject: RE: Expert Disclosure

Taylor,
I have trials in late July and early August, so the best time for me would be between June 29th and July 9.  After that I would be free starting August 23rd.


Denise
_____
Denise M. Clark
Clark Law Group, PLLC
1100 Connecticut Ave., NW, Suite 920
Washington, D.C. 20036
Tel: 202.293.0015 ext 101 | Direct Dial:  202.655.2239

From: Kirklin, Taylor (USAINS) <Taylor.Kirklin@usdoj.gov<mailto:Taylor.Kirklin@usdoj.gov>>
Sent: Tuesday, May 18, 2021 2:47 PM
To: Denise Clark <dmclark@benefitcounsel.com<mailto:dmclark@benefitcounsel.com>>
Subject: RE: Expert Disclosure

Denise –

Please see the attached. For the depositions, I left the dates blank, as I assume you will need to coordinate these physicians' schedules with your own. If you're able to provide some dates and times that work for your end, I am happy to accommodate. I propose that we aim for getting these done in July.

Thanks,
Taylor


J. Taylor Kirklin
Assistant United States Attorney
United States Attorney's Office
10 West Market St., Suite 2100

Indianapolis, IN 46204
Tel:  (317) 229-2457
Fax: (317) 226-6125
taylor.kirklin@usdoj.gov<mailto:taylor.kirklin@usdoj.gov>


From: Denise Clark <dmclark@benefitcounsel.com<mailto:dmclark@benefitcounsel.com>>
Sent: Monday, April 19, 2021 11:43 PM
To: Kirklin, Taylor (USAINS) <TKirklin@usa.doj.gov<mailto:TKirklin@usa.doj.gov>>
Subject: Expert Disclosure

Taylor,
Please find attached our expert disclosure report.

Denise M. Clark
_____
Denise M. Clark
Clark Law Group, PLLC
1100 Connecticut Ave., NW, Suite 920
Washington, D.C. 20036
Tel: 202.293.0015 | Direct Dial: 202.655.2239  | Fax: 202.293.0115
Web: www.clarklaw-group.com<https://protect2.fireeye.com/v1/url?k=1b31f392-44aacb62-1b36d777-ac1f6b01744c-b3dd7e73e3ccb8ed&q=1&e=02b44efc-6d5f-404b-b98d-f78d3ebc3a0b&u=http%3A%2F%2Fwww.clarklaw-group.com%2F> | www.benefitcounsel.com<https://protect2.fireeye.com/v1/url?k=67ee0292-38753a62-67e92677-ac1f6b01744c-1ae157d8c8007910&q=1&e=02b44efc-6d5f-404b-b98d-f78d3ebc3a0b&u=http%3A%2F%2Fwww.benefitcounsel.com%2F>
Email: dmclark@benefitcounsel.com<mailto:dmclark@benefitcounsel.com>


<image001.jpg>

This message and its attachments have been sent from a law firm and may contain information that is confidential and protected by attorney-client privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately. To ensure compliance with requirements imposed by U.S. Treasury Regulations, Clark Law Group, PLLC informs you that any advice concerning the Internal Revenue Code that may be contained in this communication or its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.