# Kirklin, Taylor (USAINS)

| | |
|---|---|
| **From:** | Kirklin, Taylor (USAINS) |
| **Sent:** | Tuesday, October 12, 2021 9:52 AM |
| **To:** | Denise Clark |
| **Subject:** | RE: Brown v. Wilkie, No. 1:20-cv-01154 (S.D. Ind.) - Whitnie Padron |

Hi Denise –

To date, Defendant has not been provided with any updated contact information for Ms. Padron. Can you please let me know if Plaintiff still intends to use her as a treating expert at trial, given the difficulties in locating her? I thought the Court was pretty clear at the last status conference that experts who couldn't be made available for deposition would not be permitted at trial, and don't want to create briefing work for both sides if it's not necessary, so I wanted to see if Plaintiff still intends to rely on Ms. Padron in this case.

Please let me know when you have a chance.

Thanks,
Taylor


J. Taylor Kirklin
Assistant United States Attorney
United States Attorney's Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Tel:  (317) 229-2457
Fax: (317) 226-6125
taylor.kirklin@usdoj.gov


**From:** Kirklin, Taylor (USAINS)
**Sent:** Tuesday, August 31, 2021 10:47 AM
**To:** Denise Clark <dmclark@benefitcounsel.com>
**Subject:** RE: Brown v. Wilkie, No. 1:20-cv-01154 (S.D. Ind.) - Whitnie Padron

Great, thank you for confirming.

**From:** Denise Clark <dmclark@benefitcounsel.com>
**Sent:** Tuesday, August 31, 2021 10:45 AM
**To:** Kirklin, Taylor (USAINS) <TKirklin@usa.doj.gov>
**Subject:** Re: Brown v. Wilkie, No. 1:20-cv-01154 (S.D. Ind.) - Whitnie Padron

That approach makes sense.

Denise M. Clark
Sent from my iPhone

> On Aug 31, 2021, at 8:47 AM, Kirklin, Taylor (USAINS) <Taylor.Kirklin@usdoj.gov> wrote:

Hi Denise –

Do you have any updated information on Ms. Padron? We had noticed the deposition for this Friday. Unless you've been able to speak with her, I think we should consider that deposition adjourned. We still have about a month of the expert discovery period left, so if you're able to locate Ms. Padron in September, we can reschedule the deposition at a mutually agreeable time.

Do you agree with that approach?

Thanks,
Taylor


J. Taylor Kirklin
Assistant United States Attorney
United States Attorney's Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Tel:  (317) 229-2457
Fax: (317) 226-6125
taylor.kirklin@usdoj.gov


**From:** Kirklin, Taylor (USAINS)
**Sent:** Wednesday, August 25, 2021 10:09 AM
**To:** Denise Clark <dmclark@benefitcounsel.com>
**Cc:** Crouch, Melanie (USAINS) <MCrouch@usa.doj.gov>
**Subject:** RE: Brown v. Wilkie, No. 1:20-cv-01154 (S.D. Ind.) - Whitnie Padron

Denise –

One additional thing: to the extent that Ms. Padron intends to seek fees in connection with this deposition, attached is a Vendor Form that the United States will need her to complete and send back to us. I would also need to know the hourly rate. If you've managed to locate her, I'm happy to send this directly to her, if you have updated contact information.

Thanks,
Taylor


J. Taylor Kirklin
Assistant United States Attorney
United States Attorney's Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Tel:  (317) 229-2457
Fax: (317) 226-6125
taylor.kirklin@usdoj.gov

**From:** Denise Clark <dmclark@benefitcounsel.com>
**Sent:** Friday, August 13, 2021 10:05 AM
**To:** Kirklin, Taylor (USAINS) <TKirklin@usa.doj.gov>
**Subject:** RE: Brown v. Wilkie, No. 1:20-cv-01154 (S.D. Ind.) - Whitnie Padron

I will see what I can do.

**From:** Kirklin, Taylor (USAINS) <Taylor.Kirklin@usdoj.gov>
**Sent:** Friday, August 13, 2021 9:37 AM
**To:** Denise Clark <dmclark@benefitcounsel.com>
**Subject:** Brown v. Wilkie, No. 1:20-cv-01154 (S.D. Ind.) - Whitnie Padron


Denise –

I called Dermatology Specialists of West Florida to follow up on the subpoena to Whitnie Padron. I was told Ms. Padron has left the practice. I don't have any other contact information for her, aside from the information in your expert disclosure. Can you please try to locate her so that we can get the deposition set up?

Thanks,
Taylor


J. Taylor Kirklin
Assistant United States Attorney
United States Attorney's Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Tel:  (317) 229-2457
Fax: (317) 226-6125
taylor.kirklin@usdoj.gov