UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TREVENIA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01154-JPH-MJD |
| | ) |
| ROBERT WILKIE Secretary, U.S. Department Of Veterans Affairs, | ) ) |
| | ) |
| Defendant. | ) |

**ORDER FOR PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

The Court's order on Defendant's motion for summary judgment included an order that Plaintiff's counsel show cause by June 7, 2022, why the Court should not impose sanctions on Plaintiff's counsel for failing to comply with a local rule governing page limits for briefs. *See* dkt. 55 at 11 n.1. Plaintiff's counsel has not yet filed a response to the show-cause order. Realizing that the show cause order should have issued by separate order, the Court now **extends** the deadline for Plaintiff's counsel to file a response **until and including July 1, 2022**.

**SO ORDERED.**

Date: 6/23/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Denise M. Clark
CLARK LAW GROUP, PLLC
dmclark@benefitcounsel.com

1

J. Taylor Kirklin
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
taylor.kirklin@usdoj.gov