## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| TREVENIA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01154-JPH-MJD |
| | ) |
| ROBERT WILKIE, Secretary, U.S. | ) |
| Department of Veterans Affairs, | ) |
| | ) |

### RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

The undersigned counsel files this response to the court's show cause order. First as to the failure to respond by June 7, 2022, as set forth in footnote 11 of the court's opinion [Dkt.55], despite having established a NextGen account, the transition of the undersigned's original ECF account to the NextGen account did not occur. Not until June 23, 2022, when the undersigned checked the docket as part of a quarterly case review was the error discovered. Before a response could be prepared, the court issued the order to show cause independent of the summary judgment opinion.

As to the violation of the local rule regarding page limitations for motions, the undersigned requests that there be no sanctions, because she interpreted Local Rule 56-1 as overriding Local Rule 7-1 as to what is contained in this dispositive motion, as opposed to other motions. Specifically, Local Rule 56-1 requires the non-moving party to respond to the moving party's statement of facts and to detail the facts that demonstrate that summary judgment cannot be entered. This is somewhat controlled by the moving party, which in this case listed 78 material facts. Even after agreeing that 32 of those facts were not disputed, it took 31 pages to respond to the remaining facts in detail. Space could have been saved by not repeating each of the facts to which the undersigned was responding, but the undersigned felt that the structure she

chose would be more helpful to the reader.  Moreover, it is important to detail why the alleged material fact is not material.  Additionally, Local Rule 56-1 does not articulate a page limit or reference Local Rule 7-1, while it does reference Local Rule 7-5 concerning oral argument.

Finally, the Defendant was not prejudiced by the additional 11 pages because, after identifying 32 facts of Defendant's 78 which Plaintiff did not dispute, it took 31 pages to complete the statement of facts.  The argument was 15 pages and if the undersigned simply listed the factual disputes without repeating the movant's facts, the brief was likely to save 11 pages.

The undersigned understands that the court's Local Rules should be followed, and does not dispute that Local Rule 7-1 was not complied with.  However, at the time of the filing the undersigned believed that Local Rule 56-1 controlled how the brief was be structured; and, the failure of Local Rule 56-1 to mention a page limit or reference Local Rule 7-1 made sense given the requirement to expressly address the movant's statement of facts and include the response to the statement of facts within the same document as the argument.  Finally, there is no prejudice to the Defendant inasmuch as the legal argument is only 2 pages longer than that presented by the Defendant, without regard to Defendant's ability to respond to the argument in its Reply brief.

Dated: July 1, 2022

                                        Respectfully submitted,

                                        /s/ Denise M. Clark
                                        Denise M. Clark (11525-49)
                                        1100 Connecticut Ave., N.W., Suite 920
                                        Washington, D.C. 20036
                                        Tel: (202) 293-0015
                                        Fax: (202) 293-0115
                                        dmclark@benefitcounsel.com

                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that, on July 1, 2022, a true and correct copy of the foregoing was served via CM/ECF upon the following:

J. Taylor Kirklin, Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
E-mail: taylor.kirklin@usdoj.gov